**OFFICE OF DISCIPLINARY COUNSEL Petitioner,**

v.

**Joan Gaughan ATLAS Respondent.**

**No. 919 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 29, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of June, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 24, 2004, it is hereby

ORDERED that JOAN GAUGHAN ATLAS be and she is SUSPENDED from the practice of law in the Commonwealth of Pennsylvania for a period of three years and she shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.